# EXHIBIT A

| Registered Title | Copyright Registration Title | (Character) |
|---|---|---|
| PB&W4 - Pikachu (39/99) | VA0001821217 | Pikachu |
| PB&W7 - Pikachu (50/149) | VA0001908607 | Pikachu |
| HGSS Undaunted - Pikachu (61/90) | VA0001736210 | Pikachu |
| Snivy | VA0001819420 | Snivy |
| PB&W7 - Snivy (11/149) | VA0001905493 | Snivy |