The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE POKÉMON COMPANY INTERNATIONAL, INC., a Delaware corporation,<br><br>      Plaintiff,<br><br> v.<br><br>RAMAR LARKIN JONES; ZACH SHORE; and RUCKUS PRODUCTIONS,<br><br>      Defendants. | No. 2:15-cv-01372-RAJ<br><br>JOINT MOTION FOR ENTRY OF FINAL JUDGMENT AND PERMANENT INJUNCTION<br><br>NOTE ON MOTION CALENDAR: April 5, 2015 |

JOINT MOTION FOR ENTRY OF JUDGMENT
(2:15-cv-01372-RAJ) - i
DWT 29264533v1 0087890-000027

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

The parties jointly move for entry of the Final Judgment and Permanent Injunction that accompanies this motion.

DATED this 5th day of April, 2016.

| Davis Wright Tremaine LLP | Ironmark Law Group PLLC |
| Attorneys for Plaintiff | Attorneys for Defendants |
| The Pokémon Company International, Inc. | Ramar Larkin Jones and Ruckus Productions |

By s/Stuart R. Dunwoody
   Stuart R. Dunwoody, WSBA #13948

1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Tel: 206-757-8034
Fax: 206-757-7034
Email: stuartdunwoody@dwt.com

By s/Nicholas R.Gunn
   Nicholas R. Gunn, WSBA # 36926

2311 N. 45th Street
Seattle, WA 98103
Tel: 206-547-1914
Fax: 206-260-3688
Email: nrgunn@ironmarklaw.com

JOINT MOTION FOR ENTRY OF JUDGMENT
(2:15-cv-01372-RAJ) - 1
DWT 29264533v1 0087890-000027

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

# CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Nicholas R. Gunn, WSBA #36926 | _____ U.S. Mail |
| Ironmark Law Group, PLLC | _____ Hand Delivery |
| 2311 N. 45th Street, Suite 365 | _____ Overnight Mail |
| Seattle, WA 98103 | _____ Facsimile |
| Tel: 206-547-1914 | \_\_X\_\_\_ CM/ECF Notification |
| Fax: 206-260-3688 | |
| Email: nrgunn@ironmarklaw.com | |

Attorneys for Defendant Ramar Larkin Jones

DATED this 5th day of April, 2016.

s/Stuart R. Dunwoody
Stuart R. Dunwoody

JOINT MOTION FOR ENTRY OF JUDGMENT
(2:15-cv-01372-RAJ) - 2
DWT 29264533v1 0087890-000027

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax