The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE POKÉMON COMPANY INTERNATIONAL, INC., a Delaware corporation,<br><br>                              Plaintiff,<br><br>       v.<br><br>RAMAR LARKIN JONES; ZACH SHORE; and RUCKUS PRODUCTIONS,<br><br>                              Defendants. | No.  2:15-cv-01372-RAJ<br><br>JOINT MOTION FOR VACATUR OF DOCKET #18 AND FOR ENTRY OF FINAL JUDGMENT AND PERMANENT INJUNCTION<br><br>NOTE ON MOTION CALENDAR:<br>April 8, 2015 |

JOINT MOTION FOR VACATUR AND ENTRY OF JUDGMENT AND PERMANENT INJUNCTION
(2:15-cv-01372-RAJ) - i
DWT 29294089v1 0087890-000027

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

1    The parties jointly move for (a) vacatur of the Final Judgment and Permanent Injunction
2    entered by the Court on April 7, 2016 (Dkt. #18), as Plaintiff inadvertently attached an
3    incorrect draft of the Final Judgment and Permanent Injunction to the Joint Motion and Entry
4    of Final Judgment and Permanent Injunction that it filed April 5, 2016 (Dkt. #17), and (b) entry
5    of the Final Judgment and Permanent Injunction that accompanies this motion, which is the
6    correct final version of that document.

7    DATED this 8th day of April, 2016.

| Davis Wright Tremaine LLP | Ironmark Law Group PLLC |
| Attorneys for Plaintiff | Attorneys for Defendants |
| The Pokémon Company International, Inc. | Ramar Larkin Jones and Ruckus Productions |

By s/Stuart R. Dunwoody
    Stuart R. Dunwoody, WSBA #13948
    Brooke Howlett, WSBA #47899

1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Tel:  206-757-8034
Fax: 206-757-7034
Email:  stuartdunwoody@dwt.com
Email:  brookehowlett@dwt.com

By s/Nicholas R.Gunn
    Nicholas R. Gunn, WSBA # 36926

2311 N. 45th Street
Seattle, WA 98103
Tel:  206-547-1914
Fax: 206-260-3688
Email: nrgunn@ironmarklaw.com

JOINT MOTION FOR VACATUR AND
ENTRY OF JUDGMENT AND PERMANENT
INJUNCTION
(2:15-cv-01372-RAJ) - 1
DWT 29294089v1 0087890-000027

# CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Nicholas R. Gunn, WSBA #36926 | _____ U.S. Mail |
| Ironmark Law Group, PLLC | _____ Hand Delivery |
| 2311 N. 45th Street, Suite 365 | _____ Overnight Mail |
| Seattle, WA 98103 | _____ Facsimile |
| Tel: 206-547-1914 | __X__ CM/ECF Notification |
| Fax: 206-260-3688 | |
| Email: nrgunn@ironmarklaw.com | |

Attorneys for Defendant Ramar Larkin Jones

DATED this 8th day of April, 2016.

s/Stuart R. Dunwoody
Stuart R. Dunwoody

JOINT MOTION FOR VACATUR AND ENTRY OF JUDGMENT AND PERMANENT INJUNCTION
(2:15-cv-01372-RAJ) - 2
DWT 29294089v1 0087890-000027